# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

MICHAEL PENDLETON,

        Petitioner

        v.

RANDALL B. TODD, ET AL.,

        Respondent

: No. 101 WM 2016
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 13th day of October, 2016, the Application for Leave to File Original Process and the Petition for Writ of Prohibition are **DISMISSED**. *See Commonwealth v. Reid*, 642 A.2d 453 (Pa. 1994) (stating that hybrid representation is impermissible).